IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 6541 |
| THE HEAT ENGINEERING CO., an Illinois corporation, | ) ) ) | JUDGE DAVID H. COAR |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:  Mr. Charles Mueller, Registered Agent
     The Heat Engineering Co.
     6500 Joliet Road
     Countryside, IL   60525

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com
I:\265J\Heat Engineering\notice of dismissal.bpa.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of February 2008:

                Mr. Charles Mueller, Registered Agent
                The Heat Engineering Co.
                6500 Joliet Road
                Countryside, IL   60525


                /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Heat Engineering\notice of dismissal.bpa.df.wpd