# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6541 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Sheet Metal Workers Local 265 vs. The Heat Engineering Co. | | |

**DOCKET ENTRY TEXT**

Pursuant to the notice of voluntary dismissal [11], this action is dismissed without prejudice. Any pending motions, deadlines or dates are stricken and terminated. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|